JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4861
Email: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ESTELA ESTRADA SOLIS, | Case No.: 5:23-cv-01981-PVC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

1

2

3    The Court having approved the parties' stipulation to remand this case pursuant

4 to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that

5 stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for

6 Plaintiff.

7

8 DATED: 12/11/23 _____

9    HONORABLE JUDGE PEDRO V. CASTILLO
     UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28